PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00021-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING DISCOVERY; FINDINGS AND PROTECTIVE ORDER |
| v. | |
| JONATHAN GALLEGOS, ANDRES PEREZ, JESUS ANGULO, MALACHAI SERRANO, | |
| Defendants. | |

**STIPULATION**

1. The discovery in the above-mentioned case includes thousands of pages of police reports and search warrant affidavits that contain Personal Identifying Information of the defendants, other targets of the investigation, and non-targets of the investigation

2. The government will make best efforts to redact from the discovery personal identifying information of parties, such as social security numbers, driver's license numbers, etc.

3. The parties and defense counsel, including but not limited to defense counsel's staff, investigators, and outside assistants, shall not disclose to the defendant or any third party who is not a member of defense counsel's staff or hired as defense investigators or outside assistants, discovery in

STIPULATION AND PROPOSED DISCOVERY
PROTECTIVE ORDER

1

this case, which includes but is not limited to documents, tape-recordings, and other items released by the government, unless such items have been independently reviewed for Personal Identifying Information and redacted by defense counsel prior to disclosure.

4. Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the "court may, for good cause, deny, restrict, or defer discovery, or inspection, or grant other appropriate relief."

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 15, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated: March 15, 2022 | /s/ MARK COLEMAN<br>MARK COLEMAN<br>Counsel for Defendant<br>MALACHAI SERRANO |

STIPULATION AND PROPOSED DISCOVERY PROTECTIVE ORDER

2

**ORDER**

IT IS SO ORDERED.

Dated: **March 17, 2022**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE