PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00021-ADA-BAM-1 |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE, SET CHANGE OF PLEA HEARING, AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MALACHAI SERRANO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 22, 2023.

2. By this stipulation, the parties now move to vacate the status conference, set this the case for a change of plea hearing on February 6, 2023. Because time was previously excluded from December 14, 2022 to March 22, 2023, no further exclusion of time is necessary.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  January 18, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated:  January 18, 2023 | /s/ MARK COLEMAN<br>MARK COLEMAN<br>Counsel for Defendant<br>MALACHAI SERRANO |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

## **ORDER**

IT IS SO ORDERED that the status conference set for March 22, 2023, is vacated. A change of plea hearing is set for **February 6, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time was previously excluded through March 22, 2023.

IT IS SO ORDERED.

Dated: **January 19, 2023**           /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE